May 22, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

DARON TAYLOR, Appellant

NO. 14-16-00583-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by appellant, Daron Taylor. We order the motion be denied, and the court's former judgment of March 29, 2018 be vacated, set aside, and annulled. We further order this court's opinion of March 29, 2018, withdrawn.

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment of the 178th District Court **VACATED** and the case **DISMISSED** in that court. The cause remains pending in the 315th District Court for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.